**SO ORDERED**

No opposition filed.



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: | * | |
| Tia D. Peoples-Harris | * | Case No.: 17-26865 MMH |
| Debtor | * | |
| | * | Chapter 13 |

\* \* \* \* \* \* \* \* \*

**ORDER SUSTAINING OBJECTION TO ALLOWANCE OF CLAIM
NO. 1, CLAIM OF FEDERAL
NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae")**

Upon consideration of the objection filed by the Debtor to the claim of Federal National Mortgage Association, Claim No. 1, notice of said objection having been given to the claimant as required by Local Bankruptcy Rule 3007-1, and the Court having determined that the claim should be disallowed for the reasons stated n the Debtor's objection to the claim, it is by the United States Bankruptcy Court for the District of Maryland,

2

      ORDERED, that the objection to the claim described above is hereby sustained, and Claim No. 1 is hereby disallowed.

cc:     Debtor
          Attorney for Debtor – Joseph V. Rohr, Jr.
          Chapter 13 Trustee – Nancy Spencer Grigsby

          And To:
          Attorney for Claimant – Namrata Loomba

**End of Order**