IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In Re: | * | |
| Tia D. Peoples-Harris | * | Case No.:   17-26865 MMH |
| Debtor | * | |
| | * | Chapter 13 |
| * * * * * * * | | |
| U.S. Bank Trust National Association, | * | |
| as Trustee for Chalet Series III Trust, Movant | | |
| (SN Servicing Corporation), Servicer | * | |
| Movant | | |
| | * | |
| vs. | | |
| | * | |
| Tia D. Peoples-Harris | * | |
| Aka Tia D. Peoples, Debtor | | |
| Respondent | * | |

* * * * * * * * * * * *

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I HEREBY CERTIFY that on this 14th day of October, 2020, a copy of Respondent's First Interrogatories and Request for Production of Documents was served first class mail upon Kevin Feig, Esq., McCabe, Weisberg & Conway, LLC, 312 Masrshall Avenue, Suite 800, Laurel, MD 20707 and served electronically to Kevin Feig, Esq. at KFeig@mwc-law.com and bankruptcymd@mwc-law.com.

/s/ Joseph V. Rohr, Jr.
Joseph V. Rohr, Jr
4709 Harford Road
Baltimore, MD 21214
Federal Bar No. 10997
443-570-9571
jrohr826@gmail.com
Attorney for Debtor/Respondent

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 14th day of October, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Service of Discovery Materials will be served electronically by the Court's CM/ECF on the following:

Rebecca A Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
ecf@ch13md.com

Kevin Feig, Esq.
Attorney for Movant
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
bankruptcymd@mwc-law.com

      I HEREBY FURTHER CERTIFY that on this 14th day of October, 2020, a copy of the foregoing Notice of Service of Discovery Materials was also mailed by first class mail, postage prepaid to:

Tia D. Peoples-Harris
1230 N. Ellwood Avenue
Baltimore, MD 21213-3926

                                                 /s/Joseph V. Rohr, Jr.
                                                 Joseph V. Rohr, Jr.

                                                Baltimore, MD 21212
                                                Federal Bar No. 10997
                                                443-570-9571
                                                jrohr826@gmail.com
                                                Attorney for Debtor/Respondent

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October, 2020, an electronic copy of the foregoing First Interrogatories And Request For Production Of Documents was emailed to Kevin Feig, Esq., McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue Suite 800, Laurel, MD 20707, bankruptcymd@mwc-law.com and KFeig@mwc-law.com, Attorney for Movant.

/s/ Joseph V. Rohr, Jr.
Joseph V. Rohr, Jr