**Fill in this information to identify the case:**

Debtor 1 <u>Tia D. Peoples-Harris</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the <u>District of Maryland</u>

Case number <u>17-26865-MMH</u>

<u>Official Form 410S1</u>

# Notice of Mortgage Payment Change                                                            12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

**Court claim no**. (if known): <u>1</u>

**Last four digits** of any number you use to identify the debtor's account:   2788

**Date of payment change:** <u>January 1, 2019</u>
Must be at least 21 days after date of this notice

**New total payment:**     <u>$405.19</u>
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐  No

   ☒  Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**   $151.75          **New escrow payment:** $145.31

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒  No

   ☐   Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____        **New interest rate:** _____
   **Current principal and interest payment:** _____   **New principal and interest payment:** _____

Debtor1 <u>Tia D. Peoples-Harris</u>　　　　　　　　　　Case Number (*If known*):17-26865-MMH
　　　　　First Name　　Middle Name　　Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒　No

☐　Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

　　　Reason for change: _____

**Current mortgage payment:** $ _____ **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

　　/s/ Namrata Loomba
_____　　　　　　　　Date ____December 10, 2018_____
Signature

**Print:**
　　Kathryn Smits, Esquire
　　Namrata Loomba, Esquire
_____
First Name　　　Middle Name　　　Last Name

Title　<u>Attorney for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.</u>

Company　<u>Orlans PC</u>

Address　PO Box 2548
　　　　　Number　　　　　Street

　　　　　Leesburg, VA 20177

Contact phone　(703)777-7101　　　　　　　　　Contact Email: ksmits@orlans.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　nloomba@orlans.com

Official Form 410S1　　　**Notice of Mortgage Payment Change**　　　page 2